# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ELMER OMAR SANCHEZ ERAZO, | § |
| *Petitioner*, | § |
| v. | § |
| PAMELA BONDI, ATTORNEY GENERAL; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARISA FLORES, DIRECTOR, EL PASO FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, ACTING FIELD OFFICE DIRECTOR FOR THE EOR EL PASO CAMP EAST MONTANA; AND CURTIS TAYLOR, MAJOR GENERAL, U.S. ARMY AT CAMP BLISS, | § No. 3:26-CV-00468-LS |
| *Respondents*. | § |

## ORDER DISMISSING CASE

Upon consideration of Petitioner Elmer Omar Sanchez Erazo's notice of voluntary dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 18, 2026.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 2.